Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona
#### _____Phoenix_____ Division

FILED ✓   LODGED ___
RECEIVED   COPY
JUN 2 5 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Aziz Aityahia

)
)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Westwind School of Aeronautics et al.,
Westwind Air Service,
United Airlines Inc.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV21-01109-PHX-SMB**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✓ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Aziz Aityahia |
| Street Address | 24250 North 23rd Avenue, Apt #3134 |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ, 85085 |
| Telephone Number | (480)842 1734 |
| E-mail Address | aaityahia@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Westwind School of Aeronautics |
| Job or Title *(if known)* | Business |
| Street Address | 732 W. Deer Valley Rd. |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ, 85027 |
| Telephone Number | (623) 869-6973 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Westwind Air Service |
| Job or Title *(if known)* | Business |
| Street Address | 732 W. Deer Valley Rd. |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ 85027 |
| Telephone Number | (623) 869-6973 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | United Airlines Inc. |
| Job or Title *(if known)* | Business |
| Street Address | 732 W. Deer Valley Rd. |
| City and County | Pheonix, Maricopa |
| State and Zip Code | AZ, 85027 |
| Telephone Number | (623) 869-6973 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Westwind School of Aeronautics |
| Street Address | 732 W. Deer Valley Rd. |
| City and County | Phoenix, Maricopa |
| State and Zip Code | 85027 |
| Telephone Number | (623) 869-6973 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: Continuing discrimination over many years

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
February 13, 2020

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [x] national origin   Algerian
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

1- February 9, 2020: I have submitted my resume for a Flight Instructor open position with Westwind School of Aeronautics.
2- February 9 or 10, 2020: Mr. Tobin Wells, the Chief Flight Instructors for Westwind School of Aeronautics, called me after receiving my resume, to discussed the open position and invited for the in-person interview on the 12th of February.
(See additional pages attached to the complaint)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
07-20-2020
Charge # CRD-2020-0619 with AZ Attorney General's Office
Charge # EEOC 35A-2020-00543C

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 03/31/2021 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## Additional pages to complaint

3- February 12, 2020: I met with Mr. Tobin Wells in his office, where he discussed the open position in details, in light of the acquisition by the United Airlines of the flight school, he then offered me to job, which I accepted, and asked me to join the new hire class with other recently hired instructors, the following week. At the conclusion of the interview, Mr. Wells introduced me to his assistants/ colleagues as a new instructor for the instructor's course; he also invited me to stop by Mr. Ron Haarer's office, the owner of the business and say hi, but he was not in his office at that time. I had known Mr. Haarer from the time I have enrolled in a commercial pilot course, in June of 1996, and had worked for him at the front desk sometime in 1999.

4- February 13, 2020: I have received an email from Mr. Wells, withdrawing his offer, alleging he did not know he could not hire me. His email clearly suggests I was the only one not hired; which was confirmed in their response to the Civil Right Division of the Arizona Attorney General's office, where my discrimination complaint was filed.
Mr. Wells who worked for Westwind School of Aeronautics, for more than twenty years, gave me a different explanation for the withdrawal of the offer; while the company's response to my discrimination charges, states something else.

Other relevant facts of previous employment discrimination, at Westwind School of Aeronautics and Westwind Air Service, both owned by Mr. Ron Jr. Haarer and his family, establishing a continuing employment discrimination because of my Algerian national origin.

By 2002 and after I have successfully obtained my initial flight instructor certificate, I started looking for employment and sent my resume to Westwind School of Aeronautics several times over the course of a single year, followed by a courtesy phone call or an in-person visit, where I have talked to Mr. Pitman, the Chief Flight Instructors and later his successors, as well as to Mr. Ron Jr. Haarer, the owner of both businesses.

What follows is the number of times I have applied for employment with Westwind School of Aeronautics and Westwind Air Services, with one instance very identical to the most recent one, where I was hired and terminated under a false pretense after I was offered a job as a charter pilot:

- On October 10 2019, I have sent my resume via email to Karla Hiepler, the person in charge of the Charter Department, she replied on October 21 2019 stating that all positions were full.
- On July 27 2019, I have submitted my resume, via email to Westwind School of Aeronautics; I have received no response.
- On August 10 2017, I have submitted my resume, in response to a vacancy published on an aviation website. Mr. Jon Micetic, the Chief Flight Instructors replied the next day asking me if I was available to talk over the phone. I spoke with him over the phone and he said he was going to call me back to possibly offer me the job but he never did.

In 2014, I have experienced an identical adverse action of discrimination to the one I am experiencing today.

Around the month of November of 2013, I was hired by Mr. Chris Bracken, the Chief Pilot, for Westwind Air Service, for a charter pilot position to start on November 20 2013.

By the time I have successfully completed the online and then the ground training around early 2014, Mr. Chris Bracken a veteran Air Force pilot was no longer the Chief Pilot and was replaced by Mr. Ben Zerbey, who was hired at the same time I was, and immidiatly moved to terminate my employment on January 13 2014, falsely claiming that the Department of Homeland Security was holding my file; he then reinstated me after I questioned his claim, only to terminate my employment again on January 21 2014.

- On January 27 2014, I have filed a discrimination complaint with the Office of Special Counsel for Immigration-related Unfair Employment Practices, which then referred it to the EEOC on April 22 2014, because of jurisdiction limitation.
- I have also filed a wage claim on January 27 2014, with the Arizona Industrial Commission and small claim in a justice court, for unpaid wages.

Employment discrimination because of my Algerian national origin, at Westwind School of Aeronautics and Westwind Air Service, is not an isolate and unique to this employer, but an ongoing and irrational, across the aviation industry, I had to face since the tragedy of September 11 2001. Several other airlines had denied me employment as a pilot, even when in the recent years, a shortage of pilots forced the cancellation of flights, and many airlines were offering thousands of dollars in bonusses to attract applicants, even from Australia, when my experience and qualifications exceed the minimum required for the job.

Earlier this year, United Airlines released a statement promising to hire more pilots from the minority group, a self-evidence of lack of diversity among its pilot group.

The United States labor statistics show only a one digit percentage of pilots are from a minority.

1-Employment as an airline pilot with United Airlines Inc, the new owner of Westwind School of Aeronautics.
2-Back pay.
3-Financial compensation for the loss of flight experience.
4-Financial compensation for the loss of pilot experience and opportunities for career advancement.
5-Financial compensation for the emotional distress.
6-Legal fees.
7- A total of $25,000.000.00 in compensation and punitive damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/25/2021

Signature of Plaintiff
Printed Name of Plaintiff    Aziz Aityahia

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 161 (11/2020)           U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | | | |
|---|---|---|---|
| To: | Aziz Aityahia<br>24250 N 23rd Ave Apt 3134<br>Phoenix, AZ 85085 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |

[ ]  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 35A-2020-00543 | Robin Campbell,<br>State, Local & Tribal Program Manager | (602) 661-0041 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[X]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____          March 31, 2021
Elizabeth Cadle,                    (Date Issued)
District Director

Enclosures(s)

cc:  **Westwind School of Aeronautics**
     **Human Resources**
     **732 W Deer Valley Rd**
     **Phoenix, AZ 85027**

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*