**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aziz Aityahia, | No. CV-21-01109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Westwind School of Aeronautics, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Appoint Counsel. (Doc. 22.) Plaintiff is suing Defendants for alleged employment discrimination based on his national origin, (Doc. 1), and he is requesting that the Court appoint pro bono counsel to represent or assist him in this civil suit, (Doc. 22). However, "[t]here is no constitutional right to representation by counsel in civil cases." *Sangster v. Clark Cty. Det. Ctr.*, No. CVS050195JCMPAL, 2005 WL 8159830, at *1 (D. Nev. June 21, 2005) (citing *United States v. Sardone*, 94 F.3d 1233, 1236 (9th Cir. 1996)). Thus, Plaintiff is not entitled to court appointed representation.

Therefore,

**IT IS ORDERED** denying her Motion to Appoint Counsel. (Doc. 22.)

Dated this 12th day of November, 2021.

Honorable Susan M. Brnovich
United States District Judge