Kristin L. Windtberg, 024804
Payslie M. Bowman, 035418
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
kwindtberg@omlaw.com
pbowman@omlaw.com

Attorneys for Westwind School of Aeronautics

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Aziz Aityahia,<br><br>             Plaintiff,<br><br>     v.<br><br>Westwind School of Aeronautics;<br>Westwind Air Service; United Airlines,<br><br>             Defendants. | No. CV21-01109-PHX-SMB<br><br>**JOINT STATUS REPORT REGARDING GOOD FAITH SETTLEMENT DISCUSSIONS** |

On January 24, 2023, the parties met in person and engaged in good faith settlement discussions pursuant to the Court's Case Management Order (Doc. 59). The parties jointly submit this report informing the Court that the parties were unable to reach a settlement of the claims in this action. Defendant does not believe at the present time that assistance from the Court is needed in seeking settlement of the case. Plaintiff believes that Court assistance may be helpful in seeking settlement of the case.

/ / /

DATED this 7th day of February, 2023.

OSBORN MALEDON, P.A.

By s/ Kristin L. Windtberg
 Kristin L. Windtberg
 Payslie M. Bowman
 2929 North Central Avenue, 21st Floor
 Phoenix, Arizona 85012-2793

**Attorneys for Westwind School**

By s/ Aziz Aityahia (with permission)
 Aziz Aityahia
 16601 N. 12th Steet, Apt 3053
 Phoenix, AZ 85022

**Plaintiff Pro Per**

9786296