1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9 Aziz Aityahia,                  No. CV-21-01109-PHX-SMB

10        Plaintiff,            **ORDER**

11 v.

12 Westwind School of Aeronautics,

13        Defendant.

14

15      **IT IS ORDERED** setting a **5-Day** Jury Trial on **July 18, 2023 – July 21, 2023**
16 **and July 25, 2023**.  Trial hours are from 9:00 a.m. to 4:30 p.m. (except for the first day
17 which starts at 8:45 a.m.) before:

18
19 **THE HONORABLE SUSAN M. BRNOVICH**
**UNITED STATES DISTRICT COURT**
20 **SANDRA DAY O'CONNOR U.S. COURTHOUSE**
**401 WEST WASHINGTONSTREET**
21 **COURTROOM 506**
22 **PHOENIX, ARIZONA 85003**
23 **THIS IS A FIRM TRIAL SETTING.**
24

25      Please note that normal trial days are Tuesday through Friday.  Each day shall
26 commence at 9:00 a.m. (unless otherwise ordered).  The lunch break will be taken at
27 12:00 p.m., with the afternoon session to begin promptly at 1:15 p.m.  A fifteen (15)
28 minute break will be taken both mid-morning and mid-afternoon, with the trial day to end

1   at 4:30 p.m.

2       **IT IS FURTHER ORDERED** setting a Final Trial Management Conference on

3   **July 14, 2023 at 11:00 a.m.** (**30 minutes allotted**).  Trial counsel and/or the parties shall

4   attend this conference in person.  The parties shall submit a Joint Final Pretrial Statement

5   no later than **July 7, 2023**.  The Final Pretrial Statement shall include all the information

6   prescribed in the Final Pretrial Statement form found at www.azd.uscourts.gov under

7   Judges and Courtrooms, Forms and Procedures.

8       **IT IS FURTHER ORDERED** that the following be completed three days prior to

9   the Final Trial Management Conference:

10      **1.  EXHIBITS**

11          All trial exhibits shall be submitted.  The parties shall (a) number and mark

12          exhibits in accordance with the instructions found in Exhibit Marking

13          Instructions at www.azd.uscourts.gov under Judges and Courtrooms, Forms

14          and Procedures (such numbers shall correspond to exhibit numbers listed in the

15          Proposed Final Pretrial Order); (b) meet in person and exchange marked copies

16          of all exhibits to be used at trial no later than 14 days before the submission

17          deadline for the Proposed Final Pretrial Order (any exhibit not marked and

18          exchanged at this meeting shall be precluded at trial); and (c) eliminate any

19          duplicate exhibits while meeting to exchange exhibits.

20      **2.  MOTIONS IN LIMINE**

21          Pursuant to LR Civ 7:2(1), counsel shall meet and confer to discuss and

22          identify any disputed evidentiary issues that are anticipated to be the subject of

23          motions in *limine*.  The parties are directed to provide the court with a written

24          report of agreements reached at the conference so that the court can enforce

25          such agreements.  At the time of filing any motions in *limine*, counsel shall

26          also provide the court notice that counsel have met in person prior to the filing

27          of said motions in *limine* or the motion(s) may be stricken.

28          The parties shall file and serve all motions in *limine* no later than 30 days prior

1   to the Final Trial Management Conference.   Each motion in *limine* shall

2   include proposed language for the order in *limine* being sought from the Court,

3   and the proposed language shall state with precision the evidence that is

4   subject to the proposed order and the limitation or exclusion placed on the

5   evidence.   The motions and responses must be concise and shall not exceed

6   three (3) pages in length.   No replies shall be filed unless prior written leave of

7   Court is granted.   No party may file more than three motions in <u>*limine*</u>.

8   Counsel shall be prepared to argue the merits of such motions at the Final Trial

9   Management Conference.

10  **3.  VOIR DIRE**

11  The parties shall jointly file a proposed set of voir dire qustions.   The voir dire

12  questions shall be drafted in a neutral manner.   To the extent possible, the

13  parties shall stipulate to the proposed questions.   If the parties have any

14  disagreement about a particular question, they shall state the reason for their

15  objection below the question.   The parties shall also provide, for the purposes

16  of voir dire, a joint master list of the names of every witness who may be

17  called at trial.

18  **4.  PROPOSED JURY INSTRUCTIONS**

19  The parties shall file proposed jury instructions in accordance with "Guidelines

20  for Jury Instructions in Civil Cases" found at www.azd.uscourts.gov under

21  Judges and Courtrooms and Orders, Forms and Procedures.

22  **5.  PROPOSED FORM OF VERDICT**

23  Each party shall file a proposed form of verdict, including any proposed

24  special verdict forms or juror interrogatories.

25  **6.  FORMATTING**

26  The proposed voir dire questions, proposed jury instructions, and forms of

27  verdict   shall   be   submitted   in   Word   format   by   email   to

28  brnovich_chambers@azd.uscourt.gov.

1

**7. SETTLEMENT**

2
    The parties shall <u>promptly</u> notify the Court if a settlement is reached.

3
    No information disclosed after the dates contained in the order may be used at the

4
trial absent court order on motion and affidavit.

5
    Dated this 13th day of February, 2023.

6

7

8

Honorable Susan M. Brnovich
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28