IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aziz Aityahia, | No. CV-21-01109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Westwind School of Aeronautics, | |
| Defendant. | |

**IT IS ORDERED** that this matter is referred to Magistrate Judge Morrissey for purposes of settlement conference. The parties shall jointly call Magistrate Judge Morrissey's chambers on or before **February 21, 2023** to schedule the settlement conference.

Dated this 13th day of February, 2023.

Honorable Susan M. Brnovich
United States District Judge