# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aziz Aityahia,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Westwind School of Aeronautics, et al.,<br><br>　　　　　Defendants. | NO. CV-21-01109-PHX-SMB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 7, 2023, which granted Westwind's Motion for Summary Judgment, judgment is entered in favor of Defendant Westwind School of Aeronautics and against Plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 7, 2023

　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　By　　Deputy Clerk