# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF **Arizona**

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **2:21-cv-01109-SMB**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **06/25/2021**

Date of judgment or order you are appealing: **07/07/2023**

Docket entry number of judgment or order you are appealing: **112/111/68/46/64/23**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes  ● No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Mr. Aziz Aityahia

Is this a cross-appeal?  ○ Yes  ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

17800 N. 78th Street, Apt 2057

City: **Scottsdale**  State: **AZ**  Zip Code: **85255**

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*  Date: **08/06/2023**

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Mr. Aziz Aityahia |

Name(s) of counsel (if any):
| |
|---|
|  |

Address: 17800 N. 78th Street, Apt 2056, Scottsdale AZ 85255

Telephone number(s): (480)842 1734

Email(s): aaityahai@yahoo.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| Westwind School of Aeronautics, Westwind Air Service. |

Name(s) of counsel (if any):
| |
|---|
| Kristin Windtberg |

Address:

Telephone number(s): (602)640-9367

Email(s): kwindtberg@omlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Mr. Aziz Aityahia

Name(s) of counsel (if any):

Address: 17800 N. 78th Street, Apt 2057

Telephone number(s): (480)842 1734

Email(s): aaityahia@yahoo.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ● No

**Appellees**

Name(s) of party/parties:

United Airlines Inc.

Name(s) of counsel (if any):

Andrea Lovell

Address:

Telephone number(s): (602)474 3600

Email(s): alovell@littler.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                2                                New 12/01/2018