Generated: Aug 7, 2023 4:04PM  CV-21-1109-PHX-SMB  Page 1/1

# U.S. District Court

## Arizona - Phoenix

Receipt Date: Aug 7, 2023 4:04PM

Aziz Aityahia

| Rcpt. No: 200007697 | | Trans. Date: Aug 7, 2023 4:04PM | | | Cashier ID: #AW |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $505.00 |
| | | Total Due Prior to Payment: | $505.00 |
| | | Total Tendered: | $505.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments**: CV 21-1109

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    AUG 0 7 2023

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY ___                DEPUTY
```